UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 13-15235
SEAN SALEHI, )
      Debtor(s). ) AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
_Petition
  Statement of Financial Affairs ☐
  Creditor Matrix ☐Statement of Intention
  List of 20 Largest Unsecured Creditors List of Equity Security Holders
  Schedules (check appropriate boxes). See Instruction #4 below

X Schedule F

Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)

    ☐REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.

Purpose of amendment (check one):
  X  To add pre-petition creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the ☐ bankruptcy judge may, for good cause, waive the charge in any case.)
    NOTE: Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.
    No pre-petition creditors were added, or amounts owed or classifications of debt changed

    ☐NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE**: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 11/15/13

SUSAN J. SALEHI   SBN 154946
3639 E. Harbor Blvd., #103
Ventura, CA  93001
(805) 654-1467

DECLARATION BY DEBTOR I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of   1   pages, is true and correct to the best of my(our) information and belief.

Dated: 11-18-13  Debtor's Signature: _____
                JoinT Debtor _____

B6F (Official Form 6F) (12/07)

IN RE Salehi, Sean & Salehi, Stephanie                                    Case No. **13-15235**
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9003** <br> **American Ambulance** <br> **2911 E. Tulare** <br> **Fresno, CA 93721** | | C | duplicate | | | | 1,000.00 |
| ACCOUNT NO. **6177** <br> **Arrhythmia Specialists Inc.** <br> **2700 Grant Street, Ste.319** <br> **Concord, CA 94520** | | C | | | | | 130.00 |
| ACCOUNT NO. **5752** <br> **AT&T** <br> **P.O. Box 5014** <br> **Carol Stream, IL 60197** | | C | | | | | 226.00 |
| ACCOUNT NO. <br> **Community Medical Centers** <br> **P.O. Box 1232** <br> **Fresno, CA 93715** | | C | | | | | 2,115.00 |

_____ continuation sheets attached

Subtotal (Total of this page)   $ **3,471.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Salehi, Sean & Salehi, Stephanie  
Debtor(s)

Case No. 13-15235  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0786<br>**Community Memorial Hospital**<br>**147 N. Brent Street**<br>**VenturA, CA 93003** | | C | duplicate | | | | 50.00 |
| ACCOUNT NO.<br>**CRMC**<br>**P.O. Box 3900 Dept 33414**<br>**San Francisco, CA 94139** | | C | duplicate | | | | 0.00 |
| ACCOUNT NO. 5314<br>**Kaiser Permanente**<br>**P.O. Box 830913**<br>**Birmingham, AL 35283-0913** | | H | | | | | 50.00 |
| ACCOUNT NO. 0906<br>**Mercantile Adjustment Bureau**<br>**P.O. Box 9016**<br>**Williamsville, NY 14231** | | C | Chase | | | | 0.00 |
| ACCOUNT NO. 5029<br>**Speciality Medial Grp**<br>**P.O. Box 4658**<br>**Pinedale, CA 93650** | | C | | | | | 30.00 |
| ACCOUNT NO. 1111<br>**Yamaha**<br>**GEMB**<br>**P.O. Box 530912**<br>**Atlanta, GA 30353** | | C | duplicate - deficiency on repossessed motorcycle | | | | 1,200.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,330.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 4,801.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case: 13-15235    Filed 08/01/13    Doc 10

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case (v.12.12)                                                                13-15235 - A - 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM



## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/31/13.
You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Creditors – Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.

| Case Number: | 13-15235 - A - 7 |
|---|---|

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Sean Salehi
xxx-xx-6503

4812 North Palm Avenue
Fresno, CA 93704

| Debtor's Attorney: | Susan J. Salehi<br>3639 E Harbor Blvd #103<br>Ventura, CA 93001 | Trustee: | Sheryl Ann Strain<br>575 E. Alluvial Ave #101<br>Fresno, CA 93720 |
|---|---|---|---|
| Telephone Number: | 805-654-1467 | Telephone Number: | 559-435-2100 |

### MEETING OF CREDITORS

| Location: | Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1450, 1st Floor, Fresno, CA |
|---|---|
| Date & Time: | 9/6/13    10:30 AM |

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** -- See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:
11/5/13
Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

Dated:
8/1/13

For the Court,
Wayne Blackwelder, Clerk

FORM b9a
(Continued)

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.* **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint -- or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) --- in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- **Refer to Other Side For Important Deadlines and Notices** ---

```
   SUSAN J. SALEHI SBN 154946
1  3639 E. Harbor Blvd., #103
   Ventura, CA 93001
2  (805) 654-1467   Fax: (805) 830-0387   salehilaw@aol.com

3
   Attorney for the Debtor
4

5                      UNITED STATES BANKRUPTCY COURT

6                       EASTERN DISTRICT OF CALIFORNIA

7  SEAN SALEHI,                          ]   CASE  13-15235
                                         ]
8                                        ]
               Debtors.                  ]
9                                        ]   CERTIFICATE OF SERVICE
                                         ]
10 ─────────────────────────────────────

        I, the undersigned, whose business address is 3639 e. Harbor Blvd., #103, Ventura, CA
11 93001, declare as follows:

12      At all mentioned hereinabove, I was more than 18 years of age,

13      That on November 18, 2013, I served a true copy of AMENDMENT COVER SHEET,
   AMENDED SCHEDULE F on the following parties, first class postage prepaid:
14
   Sheryl Ann Strain
15 575 E. Alluvial Ave., #103
   Fresno, Ca  93720
16

17 See attached list of additional parties served**

18

19

20
        I declare under penalty of perjury that the foregoing is true and correct. Executed on November
21 18, 2013, at Ventura, California.

22
                                              Susan J. Salehi
23

24

25

26

27

28
```

American Ambulance
2911 E. Tulare
Fresno, CA   93721


Arrhythmia Specialists Inc.
2700 Grant Street, Ste.319
Concord, CA   94520


AT&T
P.O. Box 5014
Carol Stream, IL   60197


Community Medical Centers
P.O. Box 1232
Fresno, CA   93715


Community Memorial Hospital
147 N. Brent Street
VenturA, CA   93003


CRMC
P.O. Box 3900   Dept 33414
San Francisco, CA   94139


Kaiser Permanente
P.O. Box 830913
Birmingham, AL   35283-0913


Mercantile Adjustment Bureau
P.O. Box 9016
Williamsville, NY   14231


Speciality Medial Grp
P.O. Box 4658
Pinedale, CA   93650

Yamaha
GEMB
P.O. Box 530912
Atlanta, GA  30353